(81 South. 360)

RODGERS et al. v. STATE.   (7 Div. 603.)

(Court of Appeals of Alabama.   March 18, 1919.)

CRIMINAL LAW ⬤⇒1131(5) — ESCAPE FROM CUSTODY—DISMISSAL OF APPEAL.

Appeal will be dismissed, where appellants, having voluntarily escaped from custody after suing out appeal, are fugitives from justice.

Appeal from Circuit Court, Cherokee County; W. W. Harralson, Judge.

Proceedings between the State and Sam Rodgers and Ed Rodgers. Sam Rodgers and Ed Rodgers appeal. Appeal dismissed.

J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J.   This case was submitted on the motion of the Attorney General praying that the appeal be dismissed on the ground that the appellants, after suing out this appeal, voluntarily escaped from custody and are now fugitives from justice.

And it appearing from the evidence submitted in support of the motion that it is well grounded, an order will be entered dismissing the appeal.

Appeal dismissed.